IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. BORNER, III,

    Petitioner,

v.                                  CASE NO. 4:09cv59-SPM/WCS

WARDEN ELCHENLAUB,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 13, 2011 (doc. 35).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 35) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed as moot.

DONE AND ORDERED this 13th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge